| | |
|---|---|
| Gene W. Choe, Esq.  (SBN 187704) <br> LAW OFFICES OF GENE W. CHOE, P.C. <br> 3699 Wilshire Boulevard, Suite 720 <br> Los Angeles, CA 90010 <br> Telephone (213) 639-3888 <br> Facsimile (213) 383-8280 | **MADE JS-6** |

Attorneys for Plaintiff, Abraham Martinez

# UNITED STATES DISTRIC COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM MARTINEZ, *an individual*, <br><br> Plaintiff, <br><br> vs. <br><br> ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-ASAP 4, business entity unknown; WESTERN PROGRESSIVE LLC, *business entity unknown;* MLSG, INC, *business entity* unknown; and DOES 1 through 20. <br><br> Defendants. | CASE NO: CV10-3810 GW (AGRx) <br><br><br> ORDER RE: VOLUNTARY DISMISSAL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Notice of Voluntary Dismissal filed on September 3, 2010, and good cause appearing; therefore; IT IS HEREBY ORDERED that this case is dismissed.

Dated: September 8, 2010                 By: _____/s/ George H. Wu_____
                                                           JUDGE OF THE UNITED STATES
                                                           DISTRICT COURT

---

1

**NOTICE OF VOLUNTARY DISMISSAL**